UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| **PLAINTIFF**<br><br>DEBORAH E. RICHEAL and JAMES RICHEAL, husband and wife<br><br>vs.<br><br>**DEFENDANTS**<br><br>GAYLOR E. WATSON and/or A & D EXPRESS, INC., and/or JOHN DOES 1-5 INDIVIDUALS/COMPANIES/EMPLOYER, a fictitious name, individually, jointly, severally and/or in the alternative | CIVIL ACTION<br><br>NO: 3:17-CV-2319<br><br><br><br><br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** the parties in difference in the above-entitled action that, having been amicably adjudicated, the same be and is hereby dismissed without prejudice and costs against either party.

HOCKFIELD & KASHER, LLC
Attorneys for Plaintiffs

By: _____
Barry J. Hockfield

BY THE COURT:
_____
J.S.C.

Date: 6/14/17